**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6814**
_____

UNITED STATES OF AMERICA,

               Plaintiff – Appellee,

     v.

DANIEL WATLINGTON, a/k/a Gator Slim,

               Defendant – Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (5:05-cr-00004-F-1)

_____

Submitted:  December 21, 2010     Decided:  January 12, 2011

_____

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Daniel Watlington, Appellant Pro Se.  S. Katherine Burnette, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Watlington appeals the district court's order denying several of his motions related to the Government's attempts to satisfy his restitution obligation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Watlington, No. 5:05-cr-00004-F-1 (E.D.N.C. June 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED